IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAMARY RUIZ | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY | : | NO. 12-1431 |

FILED
FEB 21 2013

**ORDER**

AND NOW, this **21st** day of **Feb.**, 2013, upon consideration of Plaintiff's Motion in Support of Request for Review, Defendant's Response thereto, Plaintiff's Reply and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. Plaintiff'S Motion in Support of Request for Review (Docket Entry No. 7) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY AND AGAINST PLAINTIFF YAMARY RUIZ.**

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
ROBERT F. KELLY, J.

By E-mail:
Hon. Robert F. Kelly
Eric J. Fischer, Esq.
Andrew C. Lynch, Esq.
Dina W. Griffin, Esq.

EricJFischer@DisabilityLawClinic.net
andrew.lynch@ssa.gov
dina.griffin@ssa.gov